| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CASBN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CASBN 163973)<br>Chief, Criminal Division |
| 4 | JEFFREY R. FINIGAN (CASBN 168285)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue<br>San Francisco, California 94102 |
| 7 | Telephone: (415) 436-7232<br>Facsimile: (415) 436-7234 |
| 8 | Email: jeffrey.finigan@usdoj.gov |
| 9 | Attorneys for Plaintiff |

FILED
SEP 2 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. CR 08-0606 SI |
| Plaintiff, | ) | |
| | ) | **STIPULATION TO CONTINUE** |
| v. | ) | **INITIAL APPEARANCE** |
| | ) | |
| MICHAEL OKUN, | ) | |
| Defendant. | ) | |

The defendant, MICHAEL OKUN, has been ordered to appear before the Honorable Elizabeth D. Laporte, U.S. Magistrate Judge, on September 25, 2008, at 9:30 a.m. for initial appearance on the indictment. OKUN lives in New York and is still in the process of working towards retaining counsel. Accordingly, the parties hereby agree and respectfully request that OKUN's initial appearance may be continued to October 8, 2008, at 9:30 a.m. before the

///

///

Stipulation to Continue Initial Appearance
CR 08-0606 SI

1  Honorable James Larson, U.S. Magistrate Judge. By signing below, OKUN represents that he
2  understands that he must appear before Judge Larson on that date and OKUN promises to do so.

5  DATED: September 23, 2008                    /s/
                                                MICHAEL OKUN
6                                               Defendant

9  DATED: September 23, 2008                    /s/
                                                JEFFREY R. FINIGAN
10                                              Assistant U.S. Attorney

### ORDER

For the reasons stated by the parties herein, it is hereby ORDERED that the initial appearance on the indictment for defendant, MICHAEL OKUN, is **CONTINUED** from September 25, 2008, at 9:30 a.m. to October 8, 2008, at 9:30 a.m. before the Honorable James Larson, U.S. Magistrate Judge.

DATED: 9/26/08                    ~~ELIZABETH D. LAPORTE~~ NANDOR J. VADAS
                                  UNITED STATES MAGISTRATE JUDGE

Stipulation to Continue Initial Appearance
CR 08-0606 SI                              2

## Wong, Wilson (USACAN)

**From:** Wong, Wilson (USACAN)
**Sent:** Wednesday, September 24, 2008 8:30 AM
**To:** 'edIPO@cand.uscourts.gov'
**Subject:** U.S. v Michael Okun; No. CR 08-0606 SI



Stip to
continue.wpd

*Wilson Wong*

U.S. Department of Justice
U.S. Attorney's Office, NDCA
450 Golden Gate Avenue, 11th Floor
San Francisco, CA 94102
Ph: (415) 436-6556
Fax: (415) 436-7234
Email: wilson.wong@usdoj.gov

*PLEASE NOTE: This e-mail, including all attachments, constitute Federal Government records and property that is intended only for the use of the individual or entity to which it is addressed. It also may contain information that is privileged, confidential, or otherwise protected from disclosure under applicable law. If the reader of this e-mail transmission is not the intended recipient or the employee or agent responsible for delivering the transmission to the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this e-mail or its contents is strictly prohibited. If you have received this e-mail in error, please notify the sender by responding to the e-mail and then delete the e-mail immediately.*

**Other Documents**
3:08-cr-00606-SI USA v. Okun
E-Filing

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available .*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

The following transaction was received from by Finigan, Jeffrey entered on 9/24/2008 8:29 AM and filed on 9/24/2008
**Case Name:**      USA v. Okun
**Case Number:**    3:08-cr-606
**Filer:**          USA
**Document Number:** 3

**Docket Text:**
**STIPULATION** *TO CONTINUE INITIAL APPEARANCE* **by USA as to Michael Okun (Finigan, Jeffrey) (Filed on 9/24/2008)**


**3:08-cr-606-1 Notice has been electronically mailed to:**

Jeffrey R. Finigan    jeffrey.finigan@usdoj.gov, wilson.wong@usdoj.gov

**3:08-cr-606-1 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document

**Original filename:** C:\Documents and Settings\wwong1\Desktop\Stip to continue.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=9/24/2008] [FileNumber=4711015-0]
[6125a30019a8632b1fe9f8a7408b9ca66afb2e0262ce8abb77f5332295f4b38e26c7e
4907caa5d77e4c9c2996e9f4a333aacb410b8c1209de9fb3008d171cf90]]