JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

JEFFREY R. FINIGAN (CASBN 168285)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California 94102
Telephone: (415) 436-7232
Facsimile: (415) 436-7234
Email: jeffrey.finigan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | Criminal No. CR 08-0606 SI |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION TO CONTINUE** |
| v. | ) | **INITIAL APPEARANCE** |
| | ) | |
| MICHAEL OKUN, | ) | |
| Defendant. | ) | |

The above-captioned matter came before the Court on November 7, 2008, for initial appearance. The defendant was specially represented by Ted Cassman, Esq., and the government was represented by Jeffrey Finigan, Assistant United States Attorney. The matter was continued to November 21, 2008, before the Honorable Bernard Zimmerman, United States Magistrate Judge, at 9:30 a.m. for identification of counsel.

The Court made a finding that the time from and including November 7, 2008, through and including November 21, 2008, should be excluded under the Speedy Trial Act, 18 U.S.C.

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 07-0606 SI

1  § 3161(h)(8)(A), because the ends of justice served by taking such action outweighed the best
2  interest of the public and the defendant in a speedy trial.  The finding was based on the need for
3  the defendant to have reasonable time necessary to retain counsel pursuant to 18 U.S.C.
4  § 3161(h)(8)(B)(iv).
5        The parties hereby agree to and request that the case be continued until November 21,
6  2008, and that the exclusion of time until then be granted.  The parties agree and stipulate that
7  the additional time is appropriate and necessary under Title 18, United States Code, §
8  3161(h)(8)(A), because the ends of justice served by this continuance outweigh the best interest
9  of the public and the defendant in a speedy trial.  This time exclusion will allow the defendant a
10 reasonable amount of time to retain counsel.

11

12 DATED: November 7, 2008                                  /s/
                                                          TED CASSMAN
13                                                        Appearing Specially as Counsel for Michael Okun

14

15
   DATED: November 10, 2008                                /s/
16                                                        JEFFREY R. FINIGAN
                                                          Assistant U.S. Attorney
17

18 So ordered.

19 DATED:      November 10, 2008                          *[signature]*
                                                          BERNARD ZIMMERMAN
20                                                        UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 07-0606 SI                              2