1   JOSEPH P. RUSSONIELLO (CASBN 44332)
    United States Attorney
2
3   BRIAN J. STRETCH (CASBN 163973)
    Chief, Criminal Division
4
    JEFFREY R. FINIGAN (CASBN 168285)
    Assistant United States Attorney
5
6      450 Golden Gate Avenue
       San Francisco, California  94102
7      Telephone: (415) 436-7232
       Facsimile: (415) 436-7234
8      Email: jeffrey.finigan@usdoj.gov

9   Attorneys for Plaintiff

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12               SAN FRANCISCO DIVISION

13

14
    UNITED STATES OF AMERICA,        )    Criminal No. CR 08-0606 SI
15                                    )
            Plaintiff,                )
16                                    )
                                      )    **STIPULATION AND [PROPOSED]**
17          v.                        )    **ORDER EXCLUDING TIME**
                                      )
18                                    )
    MICHAEL OKUN,                     )
19                                    )
            Defendant.                )
20  _____ )

21

22          The above-captioned matter came before the Court on January 23, 2009, for trial setting.

23  The defendant was represented by Jodi Linker, Esq., and the government was represented by

24  Tracie Brown, Assistant United States Attorney.  Ted Cassman, Esq., substituted into the case as

25  defense counsel in place of Ms. Linker.  The matter was continued to April 17, 2009, at 11:00

26  a.m. for trial setting.

27          The Court made a finding that the time from and including January 23, 2009, through and

28  including April 17, 2009, should be excluded under the Speedy Trial Act, 18 U.S.C.

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 07-0606 SI

§ 3161(h)(8)(A), because the ends of justice served by taking such action outweighed the best interest of the public and the defendant in a speedy trial. The finding was based on the need for the defendant to have reasonable time necessary for effective preparation and for continuity of counsel pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

The parties hereby agree to and request that the case be continued until April 17, 2009, and that the exclusion of time until then be granted. The parties agree and stipulate that the additional time is appropriate and necessary under Title 18, United States Code, § 3161(h)(8)(A), because the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial. This time exclusion will allow defense counsel to effectively prepare, taking into account the exercise of due diligence, and will provide for continuity of counsel for the defendant.

DATED: January 25, 2009

/s/
TED CASSMAN
Counsel for Michael Okun

DATED: January 26, 2009

/s/
JEFFREY R. FINIGAN
Assistant U.S. Attorney

So ordered.

DATED:

SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE