Ted W. Cassman (SBN 98932)
Raphael M. Goldman (SBN 229261)
Michael W. Anderson (SBN 232525)
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510) 845-3000

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL OKUN,<br><br>Defendant. | No. 08-CR-00606-SI<br><br>[PROPOSED] ORDER WITHDRAWING OKUN'S MOTION TO DISMISS |
|---|---|

Pursuant to defendant Michael Okun's request, the defense motion seeking the dismissal of Counts Two, Three and Four of the Indictment (Docket #29) is ordered withdrawn. The date for the hearing of that motion, which had been scheduled for May 22, 2009, at 11:00 a.m., is hereby vacated.

_____
United States District Judge